**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BMO BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>EXPO LOGISTICS LLC, a Washington limited liability company; VIOREL VLAD, an individual resident and citizen of the State of Washington; ANDREI VLAD, an individual resident and citizen of the State of Washington; and WAIL MOUSA, an individual resident and citizen of the State of Washington,,<br><br>Defendants. | NO. 3:24-CV-06070-TLF<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar: July 15, 2026** |

## I. ORDER

This matter comes before the Court on Plaintiff BMO Harris Bank N.A.'s ("Plaintiff" or "BMO Harris") Motion for Default Judgment against Defendants Expo Logistics LLC ("Borrower") ("Borrower"), Andrei Vlad ("Vlad"), and Wail Mousa ("Wail Mousa" and together with Vlad, "Guarantors" and all together with Borrower, the "Defendants").

Defendants have not filed an answer in this action or otherwise pled in the time required



Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA 98101-3915
(206) 292-9988

by law. Default against Defendants was duly entered by the Clerk on October 10, 2025. [DE # 15]. For the reasons that follow, the Court GRANTS Plaintiff's Motion.

The Court finds adequate support in the record for the amounts sought by Plaintiff. Accordingly, the Court grants to Plaintiff damages of $184,190.34. Further this Court grants delinquency charges of $85.09 per day from February 25, 2026, to the date of this Order, which adds $11,912.60 to the amount due under the parties' Lease. Finally, this Court awards Plaintiff $25,344.18 in attorneys' fees and costs, bringing the total award to $221,447.12.

DATED this 3rd day of August, 2026.

United States District Judge
Benjamin H. Settle

Presented by:

BETTS, PATTERSON & MINES, P.S.

By *s/ Michael Incorvaia*
Anthony Kirkwood, WSBA #58221
Michael Incorvaia, WSBA #61437
701 Pike Street, Suite 1025
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 299-3880
E-mail: tkirkwood@bpmlaw.com
E-mail: mincorvaia@bpmlaw.com
*Attorneys for Plaintiff BMO Bank N.A.*